IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RS LEGACY CORPORATION, *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 15-10197 (BLS)<br><br>(Jointly Administered) |
| Peter Kravitz, as Liquidating Trustee of the RSH Liquidating Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Wisconsin Electric Power Company dba WE Energies,<br><br>Defendant. | Adv. No. 15-51721 |

## NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice. An answer has not been filed.

Dated: January 25, 2016     **WHITEFORD, TAYLOR & PRESTON LLC**

By:  /s/  *Chantelle D. McClamb*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Chad J. Toms (No. 4155)
Chantelle D. McClamb (No. 5978)
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, Delaware 19801

---

[1] The Debtors are the following eighteen entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): RS Legacy Corporation (f/k/a RadioShack Corporation) (7710); Atlantic Retail Ventures, Inc. (6816); Ignition L.P. (3231); ITC Services, Inc. (1930); Merchandising Support Services, Inc. (4887); RS Legacy Customer Service LLC (f/k/a RadioShack Customer Service LLC) (8866); RS Legacy Global Sourcing Corporation (f/k/a RadioShack Global Sourcing Corporation) (0233); RS Legacy Global Sourcing Limited Partnership (f/k/a RadioShack Global Sourcing Limited Partnership) (8723); RS Legacy Global Sourcing, Inc. (f/k/a RadioShack Global Sourcing, Inc. (3960); RS Ig Holdings Incorporated (8924); RSIgnite, LLC (0543); SCK, Inc. (9220); RS Legacy Finance Corporation (f/k/a Tandy Finance Corporation) (5470); RS Legacy Holdings, Inc. (f/k/a Tandy Holdings, Inc.) (1789); RS Legacy International Corporation (f/k/a Tandy International Corporation) (9940); TE Electronics LP (9965); Trade and Save LLC (3850); and TRS Quality, Inc. (5417). The address of each of the Debtors is 300 RadioShack Circle, Fort Worth, Texas 76102.

|  |  |
|---|---|
|  | Telephone: (302) 353-4144 |
|  | Facsimile: (302) 661-7950 |
|  | Email: csamis@wtplaw.com |
|  | kgood@wtplaw.com |
|  | ctoms@wtplaw.com |
|  | cmcclamb@wtplaw.com |
|  |  |
|  | and |
|  |  |
| Primary Counsel | Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292 |
|  | Kara E. Casteel, Esq., MN SBN 0389115 |
|  | ASK LLP |
|  | 2600 Eagan Woods Drive, Suite 400 |
|  | St. Paul, MN  55121 |
|  | Telephone: (651) 406-9665  ext. 846 |
|  | Fax: (651) 406-9676 |
|  | e-mail: kcasteel@askllp.com |
|  |  |
|  | and |
|  |  |
|  | Edward E. Neiger, Esq. |
|  | Marianna Udem, Esq. |
|  | Brigette G. McGrath, Esq. |
|  | 151 West 46th Street, 4th Fl. |
|  | New York, NY  10036 |
|  | Telephone: (212) 267-7342 |
|  | Fax: (212) 918-3427 |
|  |  |
|  | *Special Counsel for Peter Kravitz, as Liquidating Trustee of the RSH Liquidating Trust* |